UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LAMAR GENTERY,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN,<br><br>　　　　　　Respondent. | No.  2:16-cv-0085-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He challenges a conviction imposed by the Kern County Superior Court.  Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California, which is where petitioner should have commenced this action.  *See* E.D. Cal., Local Rule 120(d).  When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

Accordingly, it is hereby ordered that:

1.  This action is transferred to the district court in Fresno.

2.  The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: January 19, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2